SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X        Index No._____
STELLA DIAM INC.

                      Plaintiff,                                Date Purchased:____

      -against-                          **SUMMONS WITH NOTICE**

                                                     Plaintiff designates New York
J.P. MORGAN CHASE BANK, N.A.           County as the place of trial

                    Defendants.           The basis of Venue s defendants'
                                                       residence and place of business
------------------------------------------------------------X  and cause of action
                                                       arose in New York County

**TO THE ABOVE NAMED DEFENDANTS:**

      **YOU ARE HEREBY SUMMONED** to answer the complaint in this action, and to serve a copy of your answer, or if the Complaint is not served with this Summons, to serve a Notice of Appearance on Plaintiff's attorneys within 20 days after the service of this Summons, exclusive of the day of service (or within 30 days after service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:  December 24, 2024

                                                    KINZLER LAW GROUP, PLLC

                                                    _____
                                                    By: BEN KINZLER, ESQ.
                                                    Attorneys for Plaintiff
                                                    30 Merrall Drive
                                                    Lawrence, New York 11559
                                                    Tel: (212) 804-8111

**NOTICE:** The Nature of this Action is: Conversion and Misappropriation of Funds belonging to Plaintiff, Money Had and Received and Unjust Enrichment.

**The Relief Sought is:** Money Damages in an amount to be determined at trial, but in no event less than $350,000.00 as well as an award of punitive damages and treble damages, together with statutory interest thereon as well as the costs and disbursements of this action.

**PLEASE TAKE NOTICE:** Upon Your Failure to Appear, Judgment will be taken against you by default for an amount to be determined by the Court, but in no event less than $350,000.00 together with statutory interest and the costs of this action.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X
STELLA DIAM, INC.

Index No. 151304-2025

Plaintiff,

-against-

AFFIRMATION OF SERVICE

J.P. MORGAN CHASE BANK, N.A.

Defendant.

-------------------------------------------------------------------X

BEN KINZLER, ESQ. an attorney duly admitted to practice law in the Courts of the State of New York, affirms under penalty of perjury as follows:

I am over the age of 18 and am not a party to this action.

On January 30, 2025, December 14, 2020, at approximately 1:45 p.m. at the Chase Bank Branch located at 101 Court Street, Brooklyn, Kings County, New York 11201, f Nassau, State of New York, I personally served the Summons with Notice in this action upon the Defendant, J.P. Morgan Chase Bank, N.A., by delivering to and leaving with Regina DiPietra, Assistant Relationship Manager at said time and place a true copy thereof. The person served stated that she was authorized to accept service on behalf of the defendant.

Affirmed this 5th day of February, 2025

_____
BEN KINZLER, ESQ.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
STELLA DIAM, INC.

Index No. 151304-2025

Plaintiff,

-against-

AFFIRMATION OF SERVICE

J.P. MORGAN CHASE BANK, N.A.

Defendant.

-----------------------------------------------------------------X

BEN KINZLER, ESQ. an attorney duly admitted to practice law in the Courts of the State of New York, affirms under penalty of perjury as follows:

I am over the age of 18 and am not a party to this action.

On February 4, 2025, at approximately 11:15 a.m. at the Chase Bank Branch located at 10815 South Jog Road, Boynton Beach, Florida 33437, I personally served the Summons with Notice in this action together with the Notice of Electronic Filing (Mandatory Case) upon the Defendant, J.P. Morgan Chase Bank, N.A., by delivering to and leaving with Maria I Hoyos, Assistant Vice President of the defendant, J.P. Morgan Chase Bank, N.A. at said time and place a true copy thereof. The person served stated that she was authorized to accept service on behalf of the defendant.

Affirmed this 5th day of February, 2025

_____
BEN KINZLER, ESQ.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

STELLA DIAM, INC.,

                Plaintiff,

      v.

JPMORGAN CHASE BANK, N.A.,

                Defendant.

Index No. 151304/2025

**NOTICE OF APPEARANCE AND DEMAND FOR COMPLAINT**

      **PLEASE TAKE NOTICE**, that the undersigned hereby appears as counsel on behalf of defendant JPMorgan Chase Bank, N.A. and hereby demands that copies of all papers in said action be served upon the undersigned, and that you serve a copy of the Complaint and all papers in this action upon the undersigned within 20 days hereof pursuant to CPLR § 3012(b).

Dated: February 18, 2025
New York, New York

            Respectfully submitted,

            GREENBERG TRAURIG, LLP

            By: /s/ Leah N. Jacob
                Leah N. Jacob

            One Vanderbilt Avenue
            New York, New York 10017
            Tel: 212.801.2169
            Leah.Jacob@gtlaw.com

            *Counsel for Defendant*
            *JPMorgan Chase Bank, N.A.*