```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

STELLA DIAM, INC.

              Plaintiff,          25-cv-1785 (JGK)

    - against -             ORDER

JPMORGAN CHASE BANK, N.A.,

              Defendant.

-----------------------------------------

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to file a complaint in this case was April 28, 2025. ECF No. 6. To date, no complaint has been filed.

    The time for the plaintiff to file a complaint in this case is extended to **May 30, 2025**. The time for the defendant to respond to the complaint is extended to **June 27, 2025**. If the plaintiff fails to file a complaint in this case by **May 30, 2025**, this case may be dismissed without prejudice for failure to prosecute.

    The defendant should serve a copy of this Order on the plaintiff and file proof of service on the docket by **May 16, 2025**.

SO ORDERED.
Dated:    New York, New York
           May 5, 2025

                                                        _____
                                                           John G. Koeltl
                                              United States District Judge