```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STELLA DIAM, INC,
                          Plaintiff(s)
                                                                      25 civ 1785 (JGK)
       -against-

JPMORGAN CHASE BANK, N.A.,
                          Defendant(s).
------------------------------------------------------------X
```

## ORDER

The parties shall file a Rule 26(f) report by **July 23, 2025.**

The conference scheduled for Thursday, July 3, 2025, at 12:00pm, is canceled.

**SO ORDERED.**

                                                                        **JOHN G. KOELTL**
                                                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       June 25, 2025