UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STELLA DIAM, INC.,

              Plaintiff,

- against -

JP MORGAN CHASE BANK, N.A.,

              Defendant.

25-cv-1785 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a pre-motion conference on **August 4, 2025**, at **3:00 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
            July 15, 2025

                                                John G. Koeltl
                                         United States District Judge