# GT GreenbergTraurig

Leah N. Jacob
Tel 212.801.2169
Leah.Jacob@gtlaw.com

July 23, 2025

**BY ECF**

Hon. John G. Koeltl
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St. New York, NY 10007-1312
Courtroom 14A

Re: ***Stella Diam, Inc. v. JPMorgan Chase Bank, N.A.*, Case No. 1:25-cv-01785 —Joint Request for a Stay of Rule 26(f) Report**

Dear Judge Koeltl:

We write on behalf of defendant JPMorgan Chase Bank, N.A. ("Chase"), who we represent in the above-captioned action, and Plaintiff Stella Diam to request the July 23, 2025 deadline to file a Rule 26(f) report be stayed pending the outcome of the pre-motion conference scheduled for August 4, 2025 (Doc. No. 14). The parties therefore jointly agree that it is in the interest of judicial economy and the litigants to suspend the requirement of filing a 26(f) report until after the pre-motion conference.

The parties thank the Court for its attention to this matter and are available should the Court have any questions with respect to this request.

Respectfully submitted,

/s/ Leah N. Jacob

Leah N. Jacob

cc (by ECF):   All parties of record

APPLICATION GRANTED
SO ORDERED

7/24/25
John G. Koeltl, U.S.D.J.

Greenberg Traurig, LLP | Attorneys at Law
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | Leah.Jacob@gtlaw.com
www.gtlaw.com