```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

STELLA DIAM, INC.,

                Plaintiff,          25-cv-1785 (JGK)

    - against -               ORDER

JP MORGAN CHASE BANK, N.A.,

                Defendant.

------------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 15, 2025.

SO ORDERED.

Dated:    New York, New York
          September 30, 2025

                                          John G. Koeltl
                                 United States District Judge